UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JODY OLMSTEAD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:08-cv-0029-DFH-JMS |
| | ) | |
| CCA OF TENNESSEE, LLC d/b/a | ) | |
| CORRECTIONS CORPORATION OF | ) | |
| AMERICA, WARDEN JEFF CONWAY, | ) | |
| UNKNOWN CCA MAINTENANCE STAFF, | ) | |
| UNKNOWN CCA MEDICAL STAFF and | ) | |
| MARION COUNTY SHERIFF FRANK | ) | |
| ANDERSON, | ) | |
| | ) | |
| Defendants. | ) | |

ENTRY ON PLAINTIFF'S MOTION TO CERTIFY STATE LAW QUESTION

Plaintiff Jody Olmstead moves the court to certify the following question to the Indiana Supreme Court:

May a private jail company, such as CCA adopt and enforce an inmate grievance policy that does not comply with Indiana law, in particular 210 IAC 3-1-15(h)?

Upon presentation of a nearly identical brief in support of a motion to certify an identical question in *Kress et al v. CCA of Tennessee, LLC et al.*, case no. 1:08-cv-00431-DFH-TAB, the court denied certification by separate entry today.  For the reasons set forth in that entry, Olmstead's motion to certify is also denied.

So ordered.

Date: October 17, 2008

_____
DAVID F. HAMILTON, CHIEF JUDGE
United States District Court
Southern District of Indiana

Copies to:

William A. Hahn
BARNES & THORNBURG LLP
william.hahn@btlaw.com, angela.woodall@btlaw.com

Adam Lenkowsky
ROBERTS & BISHOP
alenkowsky@roberts-bishop.com, johnsonas@uindy.edu,
ecf.alenkowsky@gmail.com

Jonathan Lamont Mayes
CITY OF INDIANAPOLIS, OFFICE OF CORPORATION COUNSEL
jmayes@indygov.org

Paul K. Ogden
ROBERTS & BISHOP
pogden@roberts-bishop.com

Michael Rosiello
BARNES & THORNBURG LLP
mike.rosiello@btlaw.com