UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JODY OLMSTEAD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CCA OF TENNESSEE, LLC d/b/a )<br>CORRECTIONS CORPORATION OF )<br>AMERICA, WARDEN JEFF CONWAY, )<br>TIMOTHY LITTLE, UNKNOWN CCA )<br>MAINTENANCE STAFF, UNKNOWN )<br>CCA MEDICAL STAFF and MARION )<br>COUNTY SHERIFF FRANK ANDERSON, )<br>)<br>Defendants. ) | CASE NO. 1:08-cv-0029-DFH-DML |

ENTRY ON PLAINTIFF'S MOTION TO RECONSIDER OR CLARIFY

Plaintiff Jody Olmstead moves the court to reconsider or clarify its October 17 Entry denying his motion to certify a question to the Indiana Supreme Court. Upon presentation of a nearly identical motion to reconsider or clarify a denial of certification of an identical question in *Kress et al v. CCA of Tennessee, LLC et al.*, case no. 1:08-cv-00431-DFH-DML, the court denied reconsideration or clarification by separate entry on November 14, 2008. For the reasons set forth in that entry, Olmstead's motion to reconsider or clarify is also denied.

So ordered.

Date: November 18, 2008

_David F. Hamilton_
_____
DAVID F. HAMILTON, CHIEF JUDGE
United States District Court
Southern District of Indiana

Copies to:

William A. Hahn
BARNES & THORNBURG LLP
william.hahn@btlaw.com, angela.woodall@btlaw.com

Adam Lenkowsky
ROBERTS & BISHOP
alenkowsky@roberts-bishop.com, johnsonas@uindy.edu,
ecf.alenkowsky@gmail.com

Jonathan Lamont Mayes
CITY OF INDIANAPOLIS, OFFICE OF CORPORATION COUNSEL
jmayes@indygov.org

Paul K. Ogden
ROBERTS & BISHOP
pogden@roberts-bishop.com

Michael Rosiello
BARNES & THORNBURG LLP
mike.rosiello@btlaw.com